## Commonwealth *v.* Knuckles, Appellant.

712

Submitted April 13, 1970. *John J. Dean,* Assistant Public Defender, for appellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.